1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD WAYNE RICKETTS,                    No.  2:13-CV-1496 AC PP

12                 Petitioner,

13        v.                                    ORDER

14   MIKE BABCOCK,

15                 Respondent.

16

17        Petitioner, a federal prisoner proceeding pro se, has timely filed a notice of appeal of this

18   court's August 27, 2013 dismissal of his petition for a writ of habeas corpus pursuant to 28 U.S.C.

19   § 2241.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28

20   U.S.C. § 2253(c); Fed. R. App. P. 22(b).

21        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

22   made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

23   court must either issue a certificate of appealability indicating which issues satisfy the required

24   showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

25        Where, as here, the petition was dismissed on procedural grounds, a certificate of

26   appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

27   debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of

28   reason would find it debatable whether the petition states a valid claim of the denial of a

1

1    constitutional right.'"  <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v.</u>

2    <u>McDaniel</u>, 529 U.S. 473, 484 (2000)).

3        After careful review of the entire record herein, this court finds that petitioner has not

4    satisfied the first requirement for issuance of a certificate of appealability in this case.

5    Specifically, there is no showing that jurists of reason would find it debatable that relief pursuant

6    to 28 U.S.C. § 2241 is not available to petitioner since he had an unobstructed procedural shot at

7    presenting his claims in the sentencing court.  Accordingly, a certificate of appealability should

8    not issue in this action.

9        IT IS SO ORDERED.

10    DATED: October 4, 2013

11

12                            ALLISON CLAIRE

13                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18    AC:ts/Rick1496.coa.pro

19

20

21

22

23

24

25

26

27

28

                           2